UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:18-cv-22454-KMM

**JEFF PENNISTON,** *et al.*,
**Plaintiffs,**

vs.

**DELLA ROSSA PLUMBING, LLC,**
**Defendant(s).**
_____/

**AGREED ORDER ON PLAINTIFF'S MOTION TO COMPEL**

This matter came before the Court on the Plaintiff's Motion to Compel Discovery [DE 16]. The Court, having been duly advised in the premises, hereby Orders:

1. Upon agreement of the parties, the Court Grants Plaintiff's Motion to Compel. Defendant shall have fourteen (14) days to provide full responses to the Requests for Production without objection.

2. Upon compliance with the agreement to produce the payroll records that are responsive to the Requests for Production, the Trustees will withdraw their request for attorneys' fees as a sanction, while reserving the right to claim those fees in a post-judgment claim for payment of reasonable attorneys' fees.

DONE and ORDERED in Chambers this 23rd of January, 2019.

_____
JACQUELINE BECERRA
United States Magistrate Judge

cc: Attorneys of record